No. 135.   GRUENWALD ET AL. *v.* MOIR HOTEL CO. ET AL.
October 10, 1938.   Petition for writ of certiorari to the
Circuit Court of Appeals for the Seventh Circuit denied.
*Mr. Meyer Abrams* for petitioners.   *Mr. Frederic Burn-
ham* for respondent Continental Illinois National Bank &
Trust Co.   *Mr. Fletcher Lewis* for respondents Warren
W. Jones et al.   *Mr. Harold V. Amberg* for respondent
First National Bank of Chicago.

No. 136.   BRUSH-MOORE NEWSPAPERS, INC., *v.* COM-
MISSIONER OF INTERNAL REVENUE.   October 10, 1938.
Petition for writ of certiorari to the Circuit Court of Ap-
peals for the Sixth Circuit denied.   *Mr. William H. Vod-
rey* for petitioner.   *Acting Solicitor General Townsend,
Assistant Attorney General Morris,* and *Messrs. Sewall
Key* and *Lee A. Jackson* for respondent.

Nos. 137 and 138.   FOLEY, EXECUTOR, ET AL. *v.* COMMIS-
SIONER OF INTERNAL REVENUE.   October 10, 1938.   Peti-
tion for writ of certiorari to the Circuit Court of Appeals
for the Third Circuit denied.   *Messrs. J. Harry LaBrum,
George E. Beechwood,* and *Mark E. Lefever* for peti-
tioners.   *Acting Solicitor General Townsend, Assistant
Attorney General Morris,* and *Messrs. Sewall Key* and
*Berryman Green* for respondent.

No. 139.   ERCEG, GUARDIAN, *v.* FAIRBANKS EXPLORATION
Co.   October 10, 1938.   Petition for writ of certiorari to
the Circuit Court of Appeals for the Ninth Circuit denied.
*Mr. Morgan J. Doyle* for petitioner.   *Messrs. Alfred Sutro*
and *Francis R. Kirkham* for respondent.